Christopher M. SMITH, Appellant,

v.

DIRECTOR OF REVENUE, STATE OF MISSOURI, Respondent.

No. WD 66272.

Missouri Court of Appeals, Western District.

Feb. 6, 2007.

Carl M. Ward, Washington, MO, for appellant.

James A. Chenault, III, Jefferson City, MO, for respondent.

Before ROBERT G. ULRICH, P.J., HAROLD L. LOWENSTEIN, and JAMES M. SMART, JJ.

### ORDER

PER CURIAM.

Christopher Smith appeals the judgment upholding the Department of Revenue's revocation of his driver's license. In his sole point on appeal, Mr. Smith claims the trial court erred in finding his blood alcohol level exceeded the legal limit. He asserts he rebutted the Director of Revenue's *prima facie* case by raising a genuine issue regarding the reliability and validity of his breath test result. Mr. Smith's point is denied, and the judgment is affirmed. Rule 84.16(b).